JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARIO RODERICK STEVENS, | Case No. 2:22-cv-06138-JWH-SSC |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

1   Pursuant to the Order Accepting Findings, Conclusions, and
2 Recommendations of United States Magistrate Judge,
3   It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the
4 petition is **DENIED** and this action is **DISMISSED with prejudice**.
5   **IT IS SO ORDERED.**

7 DATED: 6/5/2025 _____
8                     Honorable John W. Holcomb
                    UNITED STATES DISTRICT JUDGE